**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| **REBECCA BRYANT,** | **Case No.1:24-CV-119** |
| **Plaintiff,** | |
| | **Judge Douglas R. Cole** |
| **v.** | |
| | **NOTICE OF FILING DEPOSITION TRANSCRIPT OF KELSEY L. BRAIDO** |
| **CITY OF CINCINNATI, et al.** | |
| **Defendants.** | |

---

Notice is hereby given that the following deposition and transcripts in the above-captioned case are being electronically filed in United States District Court, Southern District of Ohio, Western Division.

Kelsey L. Braido Deposition Transcript and Exhibits, November 25, 2025.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)
City Solicitor**

*/s/ Katherine C. Baron*
Katherine C. Baron (0092447)
Matthew J. Slovin (102029)
Assistant City Solicitors
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-4705
Fax: (513) 352-1515
Katherine.baron@cincinnati-oh.gov
Matthew.slovin@cincinnati-oh.gov
*Counsel for the City of Cincinnati*

{00125767-1}

**CERTIFICATE OF SERVICE**

I hereby certify that, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Katherine C. Baron
Katherine C. Baron (0092447)

{00125767-1}