

**WOMEN**
**HELPING**
**WOMEN**

# EXECUTIVE SUMMARY

The purpose of this Evaluation Report is to relay process and the effectiveness of the WorkStrong® Partnership between Women Helping Women(WHW) and the City of Cincinnati (City), including evaluation and insights from Phase 1 Cincinnati Fire Department (CFD) training carried out for Department leadership.

WHW has had a strong ongoing partnership with the City over the years, and closely partnered in 2018 through engagement in the Mayor's Gender Equality Taskforce, with the purpose of conducting a two-year gender study across all City departments. Through that process, a CFD Workplace Environment Initiative survey was conducted examining the work environment and culture in which feedback on differential treatment, safety and response based on gender was evident.

Coming out of the study, The City first engaged WHW to deliver WorkStrong® training for City leadership and the Department of Transportation and Engineering.

WorkStrong® is a corporate certification program designed to create change in the workplace by building capacity of employers to empower leaders and employees with support, resources, and connections. The course focuses on identifying Gender Based Violence (GBV), an umbrella term for dating violence, intimate partner violence, domestic violence, sexual assault, including sexual harassment and stalking; ability to identify the signs of GBV in the workplace; awareness and application of bystander intervention techniques; and access to resources.

While we may not think GBV is a workplace issue, we know what happens at home, flows into the street, and walks into the workplace. Data shows us;
- 1 in 3 women and 1 in 7 men will experience domestic violence in their lifetime
- *96% of individuals who experience gender-based harm report **their work performance suffered**.*
- *60% of intimate-partner violence survivors report **losing their job**.*
- *87-94% of employees experiencing harassment **do not file a formal complaint.***

### Planning and Preparation
In November 2022, City HR Deputy Director connected with the agency to explore training for CFD. WHW met with City and Fire Leadership on December 15 to outline goals and expectations for WorkStrong® training with the Cincinnati Fire Department (CFD).

A phased approach was presented with discussion on best mode of delivery to reach full workforce, beginning with an in-person phase for leadership spanning from Fire Chief to Lieutenants, 2) Online Modules for remaining workforce, 3) In-person training for each new recruit class 4) Train-the-trainer to equip key City leaders to lead the training in-house. At conclusion of that meeting, Phase 1 training was expected to launch in late March/ early April, which would position the agency to use the first quarter of 2023 to review policies and have informational meetings with key stakeholders to customize the training to Fire



DEPOSITION EXHIBIT
Braids 1
11-05-25
PENGAD 800-631-6989

CITY 20778

WOMEN
HELPING
WOMEN

Department, ensuring relevant scenarios, specific callbacks to policy, and direct resources. This process was disrupted by communication from Fire Chief expediting the timeline to the beginning of February, announced four working days before sessions were set to begin and before an agreement between WHW and the City had been fully executed. That short window did not allow for the intentional process of information gathering and building custom curriculum, and created urgency to gather the accurate resources that are a key takeaway from the training.

It also shifted the approach in the makeup of each session, differing from the proposed cohorts by rank, to all leadership integrated throughout the sessions without opportunity for discussion or thoughtful planning to understand what the composition of each session would be. Instead communicated as "we'll get whoever we get." This was projected to be eight people per session over 36 sessions in the span of three weeks, which in reality ranged with some sessions having up to as many as 21 participants, others having as few as 1 person, and 8 sessions with no attendees. WHW Team adjusted to meet the needs of this range.

### Participant Learning and Feedback

Overall, participant learning had positive change in each of the three learning outcomes, with significant increase (82%) in individuals' ability to provide resources for survivors of gender-based violence. Echoing feedback in the affirmative was the direct and interactive nature of the training and its ability to promote an important conversation while keeping the environment free from judgement.

The most significant gap however, was with regards to the of the content's relatability to the fire department, with participants citing need for deeper understanding of department culture and policies. WHW team addressed that feedback by updating and re-designing course curriculum in real-time to incorporate videos and studies specific to fire departments that reflected the main curriculum areas and to more directly create a connection between concept and unique experience in firehouses. Those immediate shifts led to improved engagement and dialogue around the subject matter. This increased dialogue informed and supported continuous learning session over session.

More insight to participant feedback and learning are available in:

Appendix A- Phase 1 Summary
Appendix B- Raw Training Data

### WHW Insights

Impacted by the short timeframe, there was initial misrepresentation of the engagement as sexual harassment training, which impacted the way some participants showed up in the space or their openness to engage in the content, feeling like it was punitive or that it was in response to actions others had engaged in, and now they were being disciplined for those actions. WHW trainers more intentionally framed the training at the beginning of each session, as well as the overall relationship with the City to counteract those initial impressions.

While written participant feedback we also received verbal and indirect feedback from participant experience. Throughout the three week engagement we heard substantial feedback about the relevance and impact of the training.

Throughout the sessions, there were key discussions by officers that fell into three main themes:

WOMEN
HELPING
WOMEN

1. **Realization of the impact of gender-based violence particularly for female firefighters in the workforce, and understanding that it's everyone's responsibility to hold accountability.**

>  The curriculum presented statistics about GBV generally and specific to fire departments. Including data from the National Report Card on Women in Firefighting showing significant differences by gender in treatment, verbal and physical harassment, sexual advances and sexual assault. Through discussion of these statistics, conversations were raised where individuals, based on their own experiences and lens, varied from believing that the data was surprising or not surprising, and varied views on how they have seen those behaviors present in CFD. In one particular group, a male participant shared that they had never seen these behaviors play out in the Department, and that the majority response of the group to the statistics being unsurprising meant that there is a widely known understanding that these behaviors occur. A female participant in response shared that while he may not observe or be aware of these behaviors, she has experienced all of them short of sexual assault. Another male participant than shared how the prior year he had just learned of all the instances another female colleague had experienced despite working together for many years and having a close friendship. This discussion, and others like it, gave voice to the responsibility for all firefighters to recognize and be accountable for creating safe and inclusionary environments. And that while this is not exclusive to female firefighters, that there does need to be recognition of how shifting demographics in the Department disproportionately impact women.

2. **Recognition that behaviors falling into the umbrella of gender-based violence are present in the Department, and that is an accepted part of the culture.**

>  A number of groups, primarily those where no female participants were present, shared stronger sentiments and resistance to the idea that they needed to "police" what people say and do; one such statement in response to a bystander scenario of using language derogatory to women, noting that it happens everyday. We also heard examples of issues arising based on television content that some found to be inappropriate and others feeling like it is the individual's responsibility to remove themselves from the environment. Trainers used opportunities like these to refer back to behaviors in the "spectrum of violence" that range from annoying and bothersome to criminal and deadly, including exclusion, sexist jokes, comments about appearance, sexually explicit content, homophobic and transphobic comments, and more.

>  Themes also arose addressing the ineffectiveness of the current chain of command reporting structure that creates conditions where complaints and reports are not properly documented, reviewed, or addressed and where relationships and status determine the outcomes.

3. **Sentiments that the problem lies with key leadership, namely Fire Chief, and that needs to be addressed in a comprehensive way before it can be modeled across the Department.**

>  Through written survey feedback and communication post-training, participants shared their concerns and frustrations that such a training, while objectively effective, cannot be taken seriously when problematic behaviors are modeled by current leadership, citing examples (found in the raw survey data document) of language and actions that perpetuate "boys club" mentality.

There were also thematic mentions of misalignment with the the Assistant Chief in the HR Division.

Overwhelmingly, from female participants, we heard that their voices are not engaged or present in leadership decisions, including promotional panels, and a sentiment of zero confidence in issues of harassment being adequately addressed by City.

Following the training we received calls to our hotline and directly to staff for support.

## CONCLUSION AND RECOMMENDATIONS

In conclusion, Phase 1 engagement met the intended learning outcomes of the training and engaged most of the projected workforce (202 out of 204 anticipated participants). Through direct survey feedback the benefit of the training was evidenced through increased skills and knowledge. Through indirect feedback, the benefit and need was heard and echoed by relaying how the information has applied to past and current experiences and the challenges in reporting and addressing those incidents, though there are still beliefs that this was a "checking of the box." We know through verbal feedback post training, that the content of the training is being minimized at times through jokes about use of bystander intervention methods, and that some female firefighters involved in the Women's ERG group being directly impacted by statements that they are creating this issue. While the training was effective, the conditions can best be met through systems and culture change.

The following is a summary of key recommendations for future actions:

1. Reinforce subject matter from the training by periodically incorporating health checks at command staff meetings.
2. Structure a recurring engagement with City leadership, Women's ERG group and Fire Department leadership to address workplace issues
3. Enact a policy to automatically enact City HR presence, for claims that fall into Administrative Regulations 25, 49, 55, and 52 as a way to provide additional oversight and accountability beyond internal Fire Department
4. With a workforce of thousands, the reality of GBV is statistically present. Building on training of DOTE and CFD, extend WHW engagement to reach all City employees through an online platform, or in-person by department as identified.

**Appendix A**

## WOMEN
## HELPING
## WOMEN



## CITY OF CINCINNATI
### FIRE DEPARTMENT
2023
PHASE 1 SUMMARY

# WORKSTRONG®

## TRAINING GOAL

Phase 1: WHW will provide 36 in-person training sessions for Cincinnati Fire Department leadership reaching 204 officers encompassing:
6 Executive Fire Officers including the HR Division
All District Fire Chiefs = 23,
All Fire Captains=53
All lieutenants=140

## TRAINING COMPLETED

Provided 28 in-person, on-site 90 minute training sessions between 2/7-2/23/2023, reaching 202 officers. 8 sessions had no attendees.

## DEMOGRAPHICS

**Gender:**
70% Male
4% Female
2% Other

**Race:**
56% Caucasian (White)
17% African American (Black)
3% Appalachian
2% Mixed Race or Multi-Racial
1% Native American
     Pacific Islander
     Middle Eastern
     Other

"It promoted a conversation that has long been overdue."

"That it actually happened showing that there is real care for the welfare of the department members."

## NEXT STEPS

Phase 2- Online Modules for remaining Department will be accessible beginning March 20, 2023. WHW will work with City Manager's Office to provide language that can be communicated to workforce in advance of rollout.

## LEARNING OUTCOMES

Identify at least three signs of gender-based violence in the workplace

Before   After

200
150
100
50
0

17% INCREASE

Utilize one bystander intervention technique to prevent workplace gender-based violence

Before   After

200
150
100
50
0

33% INCREASE

Provide resources available for survivors of gender-based violence

Before   After

200
150
100
50
0

82% INCREASE

CITY 20668

## Cincinnati Fire Department WorkStrong Raw Data

**February 7-23, 2023**

| Identify at Least Three Signs of Gender-Based Violence in the Workplace (Before) | Identify at Least Three Signs of Gender-Based Violence in the Workplace (After) | Utilize One Bystander Intervention Technique to Prevent Workplace Gender-Based Violence (Before) | Utilize One Bystander Intervention Technique to Prevent Workplace Gender-Based Violence (After) | Provide Resources Available for Survivors of Gender Based Violence (Before) | Provide Resources Available for Survivors of Gender Based Violence (After) | What did you like most about this training? | What would you change to make this training better? | Which race/ethnicity do you most closely identify as? | Gender |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Very Confident | Not Very Confident | Confident | Confident | Very Confident | The training was direct and did not dance around issues. I felt the examples and info were good starting points to begin a thought process that a supervisor like me needs. | n/a | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Very Confident | activities | | African American (Black) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | Identify different types of intervention | Explain that our role is not to change mindset of survivor or aggressor but to intervene on current actions and provide resources | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Very Confident | Very Confident | The exercises were helpful and encouraged interaction and feedback | need to know/understand the fire service culture better | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | short and sweet-nice job by all | make it more specific to FD | Caucasian (White) | Male |
| Confident | Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | nothing | have instructor know how to use AV equipment | | |
| Confident | Confident | Confident | Confident | Confident | Confident | N/a | too long | Native American | |
| Confident | Very Confident | Not Very Confident | Confident | Confident | Very Confident | Interaction | More Fire Department Direct | Appalachian | Other (please specify) |
| Confident | Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | 90 min | More Fire Dept Appropriate | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | the demonstrations or examples that were used | I would make this training more tailored to what firefighters experience in the firehouse or our workplace, especially when it comes to our sister firefighters. | African American (Black) | Male |

CITY 20669

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Confident | Confident | Confident | Confident | Confident | Required training | try not to read slides | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Confident At All | Very Confident | Not too long | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | discussions | Exact policies from city of cincinnati | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | role playing | more scenarios with 4 bystander interventions | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | the general idea of the training | this course is not relative to firehouse life or fire department culture.ie. signs of abuse - turtlenecks being worn? We are not a lot to wear those. We do not travel as a team | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | The Station part (4 bystander interventions) | Make the training free | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | brevity | consideration of fire department culture | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | scenarios | n/a | Caucasian (White) | Female |
| Confident | Not Very Confident | Very Confident | Very Confident | Not Confident At All | Not Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | have someone from HR to advise how to handle procedurally | Caucasian (White) | Male |
| Confident | Very Confident | Not Confident At All | Very Confident | Not Very Confident | Very Confident | I liked the personal interaction | try not to read the slides line for line | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Pacific Islander | Other (please specify) |
| Confident | Confident | Confident | Confident | Confident | Confident | That the FD has finally decided to train supervisors what to do in this situation. Currently we take a test, become a supervisor w/o any type of training about what is expected of you. | Its difficult to think that FD is going to take this topic seriously when the fire chief and A of HR walk out and leave during the training | Mixed Race or Multi-Racial | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | participation required | n/a | African American (Black) | Male |
| Confident | Confident | Not Very Confident | Very Confident | Not Very Confident | Confident | ending activity (bystander scenarios) | | African American (Black) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | open discussion | role play | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Confident | Not Very Confident | Confident | hands on scenarios | more information on the resources to address different individual scenarios | African American (Black) | Male |
| Not Very Confident | Very Confident | Confident | Confident | Not Very Confident | Confident | Constructive and to the point | Gear scenarios specifically to our job ' | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | The info provided | more interaction | Caucasian (White) | Male |

CITY 20670

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | spectrum of violence | elaborate on spectrum of violence | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Confident | Very Confident | Not Confident At All | Very Confident | the scenarios | | Caucasian (White) | Male |
| Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | n/a | n/a | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | discussion is welcome | know a bit more about audience so we can have better discussion | | |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | everything | nothing | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Other (please specify) | Other (please specify) |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | Interactive (last portion) | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Good starting point but not sure the FD fits the mold of regular class | be very direct with established issues that have taken place in the CFD | African American (Black) | Male |
| Very Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | | Make scenarios FD based | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Female |
| Very Confident | Confident | Very Confident | Very Confident | Confident | Confident | | | African American (Black) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | The conversations | less lecture, more conversation, more customized to our particular workplace which is very different from all others | Caucasian (White) | Male |
| Confident | Confident | Confident | Not Very Confident | Confident | Not Very Confident | The ending | organize | | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | The open discussion | N/a | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | Very interactive | Allowing different viewpoints | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Very Confident | Resource Info | N/A | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Confident | Very Confident | non judgmental aspect | larger class group | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | n/a | n/a | Caucasian (White) | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | n/a | n/a | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Informative | | Caucasian (White) | |
| Confident | Confident | Confident | Very Confident | Confident | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Appalachian | Male |

CITY 20671

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Confident | Confident | Confident | Confident | Very Confident | De-escalate and resources | Include more resources inviting to men | Caucasian (White) | |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Confident | The interaction | | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | being able to provide a list of available resources | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Very Confident | | | | |
| Confident | Very Confident | Confident | Confident | Confident | Very Confident | Allowing for the open conversation | A little more training on workplace situations | African American (Black) | Female |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | The space for open conversation | N/a | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | I don't feel like it was put together very well | African American (Black) | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Very Confident | Interaction and no right or wrong answers. All are possibly right | n/a | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | quick and to the point | maybe a break halfway 5-10 min | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Confident At All | Very Confident | | | Caucasian (White) | Male |
| Not Confident At All | Confident | Confident | Confident | Not Confident At All | Confident | statistics of reported incidents at work | n/a | Appalachian | |
| Not Very Confident | Confident | Not Very Confident | Confident | Confident | Confident | Good discussion & eye opening statistics | Tie in agency practices(action steps) | Caucasian (White) | Male |
| Not Very Confident | Confident | Confident | Confident | Not Confident At All | Very Confident | hands-on | more hands on | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Appalachian | Male |
| Not Very Confident | Confident | Confident | Very Confident | Not Very Confident | Confident | group exercises | | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Very Confident | | | Appalachian | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Very Confident | Interactive | n.a. | Caucasian (White) | |
| Very Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | it was directed at FD leadership | It should have incorporated city policy and directives- you have to be very careful saying there is no wrong answer. We are held to specific actions by our policy and procedures | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | the openness and various discussion | | African American (Black) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Not Very Confident | Very Confident | Interactive portion (4 step process) | n/a | African American (Black) | Male |

CITY 20672

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Confident | It promoted a conversation that has long been overdue | Allow more time for conversation amongst participants. It brings more awareness to the subject | African American (Black) | Male |
| Very Confident | Very Confident | Not Very Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Video examples and interactive portions | Go to firehouses and train in the environment that violations happen | African American (Black) | Female |
| Confident | Confident | Confident | Very Confident | Confident | Very Confident | Scenarios/ Interaction | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Very Confident | Open conversation | N/a | African American (Black) | Male |
| Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Confident At All | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Confident | Very Confident | Very Confident | Confident | Confident | | Online would have been sufficient | | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Interactive activities and statistics | incorporate graphs, charts, etc. to emphasize the data/ statistics | African American (Black) | Female |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | scenario based discussion | more video scenario | | |
| Confident | Confident | Confident | Confident | Confident | Confident | very informative and discussion was helpful | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | more fire dept based training through our lens | | |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | All inclusive | n/a | African American (Black) | Male |
| Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | That it actually happened showing that there is real care for the welfare of the department members. | | Mixed Race or Multi-Racial | Male |
| Confident | Confident | Confident | Confident | Confident | Very Confident | | | | |
| Confident | Very Confident | Confident | Confident | Confident | Very Confident | | | Other (please specify) | Other (please specify) |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Middle Eastern | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | Training created/provoked thought around it. | Supervisor focused training | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Confident At All | Confident | | | Caucasian (White) | Male |

CITY 20673

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | The presenters kept the class engaged | | | |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | | |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Very Confident | Not Very Confident | Confident | Personal interactions | | Caucasian (White) | Male |
| Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Inclusion | N/a | Mixed Race or Multi-Racial | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Open discussion | FD related | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | | |
| Very Confident | | Very Confident | | Very Confident | | Refresh awareness of these situations | What is the correct way to handle a witnessed and reported harrassment? | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | make it more applicable to firehouse work/life. Utilize females on department to develop the program. | Caucasian (White) | Female |
| | Not Confident At All | | Not Confident At All | | Not Confident At All | | In this job ( firefighting) there is too much grey areas. This was not helpful | | |

CITY 20674

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | introduced by Asst. Chief who asked a victim of domestic violence (by another CFD member) "Do we all feel safe at home?" When a complaint was filed, the other Asst. Chief who was present when question was posed, lied to cover for his buddy, by stating the two had a conversation later that day where the offender stated he had no idea about victim's situation. Whereas the truth is that the lying/covering chief repeatedly came to victim (as soon as next morning) asking whether or not an apology had been given & questioning why the offending | particular workplace. Hearing this training w/in the CFD is a joke. The Chief (a known sexual harasser) perpetuates the "boys club" mentality. Check CFD records. See how many cases of sexual harassment you can find. They hide it all (hide behind the badge). Now, poll the women and you will get a starkly different perspective, where we are all so tired and beat down by the environment w/ the knowledge that if we press charges or file complaint, nothing will happen regardless of amount of evidence presented. Your training is fined, but as you've likely witnessed | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Being informal participation | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Confident | Inclusiveness | More focus on the fire department culture. It is a very unique environment and culture | | |
| Confident | Very Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | Lowkey attitudes, not preaching, interaction | the "roar"(spelling error) AFD video/examples were useful but plug in a few more | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | Education on topics discussed and resources provided to help | | Caucasian (White) | Male |
| Confident | Very Confident | Not Very Confident | Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Confident | Confident | Confident | Discussion/ honesty | N/a | | |
| Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Confident | | | | |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | I think the training is much needed. It opens eyes to reality | The training could be longer | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | More specific training for recognition and some relief actions | Attempt to cover "deception" spelling error or false reporting | African American (Black) | Male |

CITY 20675

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Confident | Confident | Confident | Confident | Confident | N/a | Digital base- put on center view | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Confident | Not Very Confident | Confident | Interacting in scenarios | Make the scenario more detailed | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Very Confident | Stat based info | More specific incidents | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | Interactive | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | | Male |
| Confident | Confident | Confident | Very Confident | Not Confident At All | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | Intervention Techniques | | African American (Black) | Male |
| Not Confident At All | Very Confident | Not Confident At All | Very Confident | Not Confident At All | Very Confident | Instructors were very good at relaying info | N/a | African American (Black) | Male |
| Not Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | One Bystander technique was helpful | Scenarios need more specifics as you know. Thank you. | Caucasian (White) | Male |
| Not Very Confident | Not Very Confident | Confident | Confident | Confident | Very Confident | Topic is important, looking at different perspectives helps relate | Scenarios need to be more specific to guide decision making. There may not necessarily be "wrong" answers but some are certainly better than others | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | I appreciate clear guidance I received at the WHW seminar | The instructors were very clear. I highly suggest that the city of Cincinnati Legal needs to revisit the sexual harassment's policy. i was labeled as disruptive in 2018/2019 by the legal department for reporting sexual harassment. | Mixed Race or Multi-Racial | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | I gained more awareness | Gender diversity | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | | |
| Confident | Confident | Confident | Confident | Very Confident | Very Confident | | | African American (Black) | Female |
| Confident | Confident | Very Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Instructors were knowledgeable | N/a | Caucasian (White) | |
| Confident | Very Confident | Not Very Confident | Confident | Not Confident At All | Not Very Confident | Interaction and the trainers situation | | | |

CITY 20676

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|------|------|------|------|------|------|------|------|------|------|
| Not Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | It was straight forward and to the point | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Confident At All | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Interactive | Could have more applicability to firehouse life | African American (Black) | Female |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | n/a | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | This is common sense training. it is training needed by 1% but given 99% who don't need it | You all are nice people, but this is unnecessary training | | |
| Very Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Very Confident | Very Confident | It was basic and interactive which was helpful. the instructors did a good job keeping on target and relative. | | | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Verbal exchanges | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | The conversation | Thank you for the time | Caucasian (White) | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | very well delivered | N/a | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | African American (Black) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | Good information for a new lieutenant like myself | n/a | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | great information | | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | The training was informative and I liked the interaction between the instructor and the class. participating in healthy conversations was helpful | I wouldn't change anything. Flowed very well | | |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | The interaction. Drawing people in, forces thought | Maybe more personal stories of firefighter to show more direct behavior changes. Meaning some behavior changes, maybe less obvious. | | |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | small class | | Caucasian (White) | Male |
| Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | informative | | Caucasian (White) | Male |

CITY 20677

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Casual, relevant, informative, and actionable | more videos-especially news from around the country | African American (Black) | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | African American (Black) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | from the fire department feel that the fire chief is the biggest problem. City HR and city manager's office is well aware, female membership has informed City HR; Brought us in as a PWI<br><br>Go back seven years to when Washington was AC; There are numerous stories: Wet willie- says it was a case of mistaken identity, but everyone knows it wasn't. He stuck his finger in her ear when he was shaking hands with everyone else. She spoke up about it and it made it to Ed Ramsey and no one did anything about it. | | |

CITY 20678

| | | | | | | | from the fire department feel that the fire chief is the biggest problem. City HR and city manager's office is well aware, female membership has informed City HR; Brought us in as a PWI<br><br>Go back seven years to when Washington was AC; There are numerous stories: Wet willie- says it was a case of mistaken identity, but everyone knows it wasn't. He stuck his finger in her ear when he was shaking hands with everyone else. She spoke up about it and it made it to Ed Ramsey and no one did anything about it. | | |
|---|---|---|---|---|---|---|---|---|---|

CITY 20679