| | |
|---|---|
| **From:** | Braido, Kelsey |
| **To:** | Milligan, Chelsea |
| **Subject:** | Re: [External Email] [GovQA] Note Added ~~:: C001470-042723 |
| **Date:** | Thursday, April 27, 2023 11:21:50 AM |
| **Attachments:** | Outlook-neqbmelk.png |
| | Investigation Report.pdf |
| | Investigation Report_Wright.pdf |

Hi Chelsea,

I'm not sure if those records exist or not. I don't know what a sexual violence summary is. We do have two investigation summaries that were authored by HR in March 2023 in response to complaints submitted by FF Bryant. I've attached those reports. I would advise that we double check with Law that the reports would be considered responsive records.

Thank you,

Kelsey Braido

Interim Deputy Director/ Division Manager-Employee Services & Labor Relations
City of Cincinnati Human Resources Department
(513) 352-2403 | (513) 236-6719 (c)
kelsey.braido@cincinnati-oh.gov

**From:** Milligan, Chelsea
**Sent:** Thursday, April 27, 2023 11:17 AM
**To:** Braido, Kelsey
**Subject:** Fw: [External Email] [GovQA] Note Added ~~:: C001470-042723

Hi Kelsey,

We just received this public records request, do you know where I can find these documents?

Chelsea Milligan

Administrative Technician
City of Cincinnati Human Resources Department
Two Centennial Plaza
805 Central Avenue, Suite 200
Cincinnati, Ohio 45202
Office: (513)352-2402
Fax: (513)352-5223
chelsea.milligan@cincinnati-oh.gov



NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

CITY 02911

**From:** Cincinnati Public Records
**Sent:** Thursday, April 27, 2023 11:14 AM
**To:** Milligan, Chelsea
**Subject:** [External Email] [GovQA] Note Added ~~:: C001470-042723
External Email Communication

--- Please respond above this line ---

**Angela Bredestege added a note on City Public Records Request / C001470-042723**

**Note: Ann Schooley Mollie Lair Erica Faaborg Marion Haynes William Hicks See Request from Finney Law Firm currently assigned to HR.**

Request Information
**Assigned Staff:** Chelsea Milligan
**Status:** In Progress
**Create Date:** 4/27/2023 11:10:23 AM
**Request Details:** Requesting the sexual violence summary conducted in response to Firefighter Bryant's sexual violence report. The sexual violence summary was concluded by Human Resources in March of 2023.

All Notes:

Login to the system and view your issue by clicking HERE.

This is an auto-generated email and has originated from an unmonitored email account. Please DO NOT REPLY



CITY 02912