| | |
|---|---|
| **From:** | Braido, Kelsey |
| **To:** | Breitfelder, Steven |
| **Cc:** | CredittMai, Lauren |
| **Subject:** | Re: R. Bryant Return to Duty |
| **Date:** | Monday, August 14, 2023 4:11:59 PM |
| **Attachments:** | image001.png |

Hi Chief!

I have not had any contact about her RTD or LD status recently. She did reach out confirming that she was going to run out to leave this pay period, but that is the only recent communication I've had. Looping in Lauren to see if she's had any contact with her or her attorney recently.

Thank you,

Kelsey Braido

Interim Deputy Director-Workforce Management and Employee Services
Division Manager-Employee Services & Labor Relations
City of Cincinnati Human Resources Department
(513) 352-2403 | (513) 236-6719 (c)
kelsey.braido@cincinnati-oh.gov

**From:** Breitfelder, Steven
**Sent:** Monday, August 14, 2023 12:56 PM
**To:** Braido, Kelsey
**Subject:** RE: R. Bryant Return to Duty

Hi Kelsey,

I know Rebecca Bryant has filed an OCRC complaint against the city. Do you have any updates on the status of this?

She just returned from the IAF Center of Excellence, and I believe is about out of leave. Have you had any contact with her regarding her RTD, at least in a LD status?

Thanks,

Steve

*Steven A. Breitfelder*, Assistant Fire Chief
Cincinnati Fire Department
Fire and EMS Operations Division
430 Central Avenue
office: 513.352.2361
mobile: 513.317.6521
fax: 513.352.6223





DEPOSITION
EXHIBIT

Brando 3
11-8-25 CW

PENGAD 800-631-6989

CITY 03128