| | |
|---|---|
| **From:** | Braido, Kelsey |
| **To:** | Hampton, Natasha |
| **Cc:** | Hazell, Latisha |
| **Subject:** | Disciplinary Information from CHRIS |
| **Date:** | Wednesday, October 18, 2023 7:41:06 AM |
| **Attachments:** | C_DISCIPLINE_ACTIONS_330668265.xlsx |

Hi ACM Hampton,

My apologies for the delay. I pulled the disciplinary actions from CHRIS for the past 3 years, and filtered the report so that it captured AR55 violations which shared some similarities to Mr. Reynolds fact pattern. The column "Discp Step" first lists the disciplinary penalty, and then the prior active discipline that would have been considered. There was a pretty substantial amount of AR55 disciplines, so I tried to pare down the information, but am happy to do so further if needed.

Thank you for your time and consideration.

Kelsey Braido
Deputy Director-Employee Services & Training and Development
City of Cincinnati Human Resources Department
(513) 352-2403 | (513) 236-6719 (c)
kelsey.braido@cincinnati-oh.gov



CITY 15878

| Lists discipline actions/tions | 1145 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. ID | Employee ID | Employee Name | Report Date | Discp Type | Descr | Discp Step | Action Date | Hours Penalized | Sex | Ethnic Grp | Union Code | Sal Plan |
| 1030000 | 14134 | Metsch, Suzanne M | 3/31/2021 | FGB | On March 31, 2021, Emergency Communications Assistant Manager Gazaway received a complaint call from Mr. Robert Bryer regarding an interaction with ESDS Suzanne Metsch. Mr. Bryer stated that he called 911 to request a Police Supervisor respond to the scene of a traffic stop in progress and that the E911 Operator remain on the line so that the call would be recorded. Mr. Bryer expressed concern that his call made to de-escalate the situation resulted in possible escalation due to how the ECC employee handled the call.<br><br>Upon review of the call recording, which was received at approximately 1811 hours by Emergency 911 Operator Ashley Green, ESDS Metsch can be heard assuming the call at approximately 1817 hours. The recording, transcript, and CAD records are attached. An investigation was started and an investigatory interview was conducted on May 3, 2021 by Deputy Director Piper and ECAM Gazaway with ESDS Metsch and her Union representatives and council. Details from the interview are included in the attached Form 17.<br><br>In reviewing the CAD phone history, audio recordings, the investigatory interview findings, and ECC Standard Operating Procedures, a violation of ECC SOP 2.10-Calltaking Guidelines and ECC SOP 5.10 Supervisor Guidelines was found. Further concern is that at least | 40-hour suspension ; Prior discipline-16 hour suspension | 11/30/2021 | 40.00 F | | WHITE | COD | DOC |
| 1030000 | 32678 | Moore, Angel L | 6/1/2023 | FGB | On June 1, ECAM Dooley and Latrice Ponder (ECC HR) met with OD Angel Moore to discuss the ECC's findings from an Administrative Regulation-55 (Workplace Behavior) investigation regarding disruptive behavior displayed by Angel on the dispatch floor. Angel was Counseled. ECAM Dooley advised Angel that a Counseling is the first step of the corrective action matrix. | Counseling | 6/1/2023 | 0.00 F | | WHITE | AFS | D1 |

CITY 15879

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1030000 | 32678 | Moore,Angel L | 7/22/2023 FGB | On 7/22/2023, the bridge was made aware that Angel Moore had yelled across the floor at Karen Bentley in a disparaging way concerning a run entered for police service. The volume of OD Moore¿s voice was sufficient for the bridge, calltakers and dispatchers to clearly hear her statements. This is a violation of SOP 1.01 as well as AR 55.<br><br>SOP 1.01.II<br>b. The ECC seeks to promote a culture of ethics based on inclusion, integrity, teamwork, and leadership by example. In pursuance of these standards, employees shall conduct themselves in a professional manner at all times and perform their duties in an honest manner, contributory to co-workers, and observant of the laws of the city, county, state, and country.<br><br>AR 55<br>Bullying is repeated, health-harming mistreatments verbal abuse, or conduct which is threatening humiliating, intimidating of one or more persons by one or more perpetrators or sabotage that interferes with work or prevents work from getting done. Bullying can take a variety of forms. It can be explicit or subtle* in-person or electronic Examples of what constitutes bullying include, but are not limited to, verbal abuses abuse of authority or intimidating a person and subjecting a person to public ridicule. | Written reprimand; Prior discipline-Counseling | 8/31/2023 | 0.00 F | WHITE | AFS | D1 |
| 1916220 | 32200 | Todd Sr,Craig | 6/17/2022 FGB | Craig had a heated verbal altercation with another staff member and used profanity with campers, staff, and a parent present. He violated Administrative Regulation No. 55 - Work Place Behavior and City of Cincinnati Human Resources Policies and Procedures No. 2.8 - Employee Code of Conduct which both state that employees are required to handle themselves in a professional manner at all times and refrain from yelling and cursing. | Written reprimand; Prior discipline-none | 6/21/2022 | 0.00 M | BLACK | MWS | D4M |
| 1929422 | 38948 | Craig,Hayden A | 8/11/2023 FGB | Employee made inappropriate comments about camp participants (7/7/2023) and yelled a derogatory statement about a co-worker (7/28/2023). | Written reprimand; Prior discipline-none | 8/11/2023 | 0.00 M | BLACK | | D4 |
| 1934320 | 37355 | Fitzpatrick,Collin J | 10/6/2022 FGB | On 8/11/22, during a conversation with three part-time employees, Collin used inappropriate language when he made comments along the lines of "Why did you allow the f***ing kinds to look out the window?" and "I need you to f***ing grow up and be an adult for five more days." This was reported to Collin's supervisors by the three part-time staff members he was reprimanding at the time and was admitted to by Collin during an investigation meeting. This is a violation of Adm Reg No. 55 (Workplace Behavior) and City of Cincinnati HR P&P No. 2.8 (Employee Code of Conduct), which both state that employees are required to handle themselves in a professional manner at all times and refrain from yelling and cursing. As a result, Collin has been charged with Failure of Good Behavior. | Written reprimand; Prior discipline-none | 10/6/2022 | 0.00 M | WHITE | COD | DOC |
| 1977332 | 26980 | Ayoki,Linden J. | 1/12/2023 FGB | Employee was issued an official reprimand for Failure of Good Behavior, after inappropriate expressing frustrations to his supervisor and others while using inappropriate language and body language. | Written reprimand; Prior discipline-none | 1/12/2023 | 0.00 M | BLACK | | D4 |

CITY 15880

| 2523000 | 15602 | Fields,Tyrone L | 8/3/2022 FGB | ONE OF TWO REASON CODES... | 40-hour suspension; Prior discipline-None | 10/10/2022 | 40.00 M | BLACK | | D1 |
|---|---|---|---|---|---|---|---|---|---|---|

SPECIFICATION
On August 3, 2022, you were quoted allegedly shouting ¿F**k that b***h, referring to Service Area Coordinator Carolyn Jackson. Another employee, Jacqueline Floyd stated you continued shouting f**k all those b***hes, especially them two punk a** b***hes¿. Ms. Floyd said someone asked who you were referring, and you stated Jarrod (Bolden) and Jerry (Wilkerson) and Lynn. Again, saying f**k, them all.

Ms. Floyd stated she then stated to you, that was enough and that you should not be using that language. You, then turned-on Mrs. Floyd and said F**k you b***h. Ms. Floyd also stated, you made comments to her about buying her and selling her back.

Service Area Coordinator Phillip Bradbury stated he was in the office working when he heard yelling. He came out of his office and at the tail end of the altercation, he heard you, call Ms. Floyd a b***h and made derogatory comments about her brothers. Mr. Bradbury then walked you to your vehicle and instructed you to stay away from Ms. Floyd.

Mr. Bradbury questioned, you and asked about the comments of buying and selling Ms. Floyd, you stated that she said, you had a ¿girl car¿, which you followed up with the remark about buying and selling Ms. Floyd.

| 2532100 | 37126 | Lyons,Javonta M | 7/1/2022 FGB | Mr. Fuller was given an assignment, he refused to take it by hand; asking his female supervisor, did she date he paper. After questioning him and attempting to pass him his assignment. He proceeded not to take the assignment and she turned to report the incident to her supervisor. Mr. Fuller stated to her, "Carry your little ass on in there and do what you need to do". As management, questioned what he stated, he stated "you heard me, carry your little ass in there and get the shit together. | Written reprimand; Prior discipline-Written reprimand | 7/1/2022 | 0.00 M | BLACK | | D1 |
|---|---|---|---|---|---|---|---|---|---|---|

Mr. Fuller was heard by several employees, some who provided statements.

| 2538000 | 30595 | Harris,Antonio L. | 11/10/2020 FGB | ONE OF TWO REASON CODES... | Written reprimand; prior discipline-none | 11/10/2020 | 0.00 M | BLACK | COD | DOC |
|---|---|---|---|---|---|---|---|---|---|---|

On November 10, 2020; Mr. Harris parked his personal vehicle by the side of the guard shack at Westfork garage. The Operations Supervisor asked him to move his personal vehicle because it is impeding the way of the garbage trucks. He refused. He was asked a second time, he responded with loud yelling and swearing, stating; he was going to clock in and he's not moving his vehicle, you can write me up because I don't give a f*** and did not move his vehicle.

| 2645110 | 35132 | Peoples,Aishia B | 12/8/2022 FGB | Violation of Admin 49 and 55. The employee utilized profanity and yelling while referring to the Nurse Practitioner as a f---ing snitch. Ms. Peoples also indicated she needed to take her pills before she went off on the NP. | 80-hour suspension; Prior discpline-16 hour suspension | 12/8/2022 | 80.00 F | WHITE | AFS | D1 |
|---|---|---|---|---|---|---|---|---|---|---|

CITY 15881

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2652550 | 14673 | Granville,Keisha C | 6/30/2022 | FGB | Based upon Eugene Lackey's report (Hearing Officer) recommendation, Keisha Granville is to receive a written reprimand as a result from the May 6, 2022 incident at Bobbie Sterne. The written reprimand is the result of violating the City of Cincinnati AR#55 Workplace behavior.<br>On May 6, 2022, Keisha Granville engaged in a verbal altercation with a visitor to the Bobbie Sterne Health Center. Keisha exhibited failure of good behavior. She yelled at a customer exhibiting discourteous and unprofessional behavior. Her actions violate The City of Cincinnati's administrative regulation policy #55 and HR policy#2.8 Employee Conduct. | Written reprimand; prior discipline-none | 7/12/2022 | 0.00 F | BLACK | D1 |
| 2655550 | 28876 | Duskin,Crystal Lynn | 1/26/2023 | FGB | Ms. Duskin was given an 8 hour suspension for Failure of Good Behavior and Neglect of Duty resulting from an incident with her supervisor and Co-workers. Ms. Duskin yelled inappropriate comments to staff and her supervisory while not carrying out a work assignment. | 8-hour suspension; Previous discipline-None | 1/26/2023 | 8.00 F | BLACK | D1 |
| 2713000 | 12604 | Hart,Robert A. | 1/22/2021 | FGB | Member had an aggressive verbal outburst with a specialist in front of multiple other members of the department. Capt Byrd overheard the outburst and tried to get Capt Hart to calm down and remove himself from the situation. While trying to de-escalate the situation, Capt Hart had another emotional outburst telling Capt Byrd "you don't tell me what to do!" | Written reprimand; prior discipline-none | 1/22/2021 | 0.00 M | WHITE | F40 |
| 3044020 | 26840 | Wilder,Lee Rudolf | 6/23/2023 | FGB | On 6/23/23, LaShanta Pearson reported to Shante' Capel and Ari Hall that Lee Wilder engaged in excessive yelling, cursing, and aggressive conversation on the phone in their office, which caused Ms. Pearson to experience discomfort, and that similar behavior from Lee took place on 6/22/23. It was reported that Lee made disparaging comments about those who asked that ADA paperwork be completed to provide Lee with work accommodations. On 6/23/23, Lee self-reported the outbursts that took place on that day to Shante' Capel. Lee met with Ms. Capel, Chief Sanders, and Ari Hall, where Lee stated they have an appointment with PEAP and proceeded to make disparaging comments about a PEAP employee. They informed the group during this meeting that they are having personal issues. Additionally, on 6/23 as Ms. Capel and Ari Hall were making additional accommodations for Lee, it was discovered that Lee did not completely inform their supervisor, Ms. Capel, of the amount of backlog as discussed on 6/16 as initial temporary accommodations were being made. Lee delivered a stack of past due requests only after their supervisor requested another update. In the investigative interview on 7/3/23, Lee stated that they do not recall any outbursts made on 6/22 and that they were likely "barrelling- in" their office again which could be what Ms. Pearson was | Written reprimand; previous discipline-none | 7/5/2023 | 0.00 F | WHITE | D1 |

CITY 15882

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4206000 | 14560 | Brown,Frank E. | 8/4/2023 FGB | On July 13, 2023, at approximately 10:15 a.m., I asked Frank Brown (who reports to me) to have Bill Holthause (one of his reportee's) stay in until 12 p.m. noon that day to cover the phones in the office. Frank was leaving at 10:30 a.m. that morning. Frank Brown's immediate response was to scream at me that I was "out of control" and there was no God d\*mn reason to have anyone cover the phones and that people could leave a message if anyone called. He went on to say that in the 3 years he has been in this department no one has ever been concerned with being here to answer the phones. This was done in the presence of Bill Holthause, but was loud enough to be heard by everyone in the office. This is a clear violation of Admin Reg 55 and Policies and Procedures 2.8.<br><br>On July 18,2023, a meeting was held with my immediate supervisor Rick Schork, myself and Frank Brown to go over this matter. Mr. Browm made the comment during the meeting that he wasn't going to put up with my bull sh\*t and that if I continued to implement changes he didn't like he would quit. | Written reprimand; previous discipline-none | 8/4/2023 | 0.00 M | WHITE | COD | DOC |
| 4430000 | 28217 | Grooms,Jason L. | 9/29/2022 FGB | On 8/10/22, Mr. Grooms and his direct report Chris Zdinak engaged in a verbal argument in a public area with at least 1 witness. Instead of deescalating the situation, Mr. Grooms continued to argue with Mr. Zdinak. Mr. Grooms violated AR55 by not fostering a respectful workplace. Mr. Grooms should have deescalated the situation and not engaged in a verbal argument with anyone in his direct line of supervision in a public area. | Written reprimand; Previous discipline-none | 6/5/2023 | 0.00 M | WHITE | | D8 |
| 4490000 | 33021 | Wegford,Steven M | 9/16/2023 FGB | An employee provided a complaint and written statement detailing an incident involving Mr. Wegford. An investigation was conducted, and the preponderance of evidence supports Mr. Wegford's actions violated Administrative Reg. 55-Workplace Behavior and HRP&P 2.8 - Employee Code of Conduct.<br>Mr. Wegford is charged with Failure of Good Behavior for unprofessional acts towards other employees and tossing the fixture in the Machine Shop. | 16-hour suspension; Previous discpline-Written Reprimand | 9/16/2026 | 16.00 M | WHITE | AFS | D1 |
| 4505000 | 31143 | Ramsey,Ellis J | 10/10/2023 FGB | On Tuesday, October 10th Mark Smith and Ellis Ramsey were assigned to work together. A disagreement started on a job site while attempting to perform a dye test at a customers home. The customer was not present when the situation arose. The disagreement then escalated in the vehicle after leaving the site. A call was made to the Senior Engineering Technician in our group. Mark and Ellis were yelling at each other during the phone call so he instructed them to pull over to separate themselves. The SET drove to the location to pick up Mark and Ellis continued to drive the vehicle back to the building. They were interviewed individually by management and a union representative.<br><br>Ellis is receiving this counseling due to his actions during the altercation. | Counseling | 10/10/2023 | 0.00 M | BLACK | | D1 |

CITY 15883

| 4505000 | 27484 | Smith,Mark A | 10/10/2023 FGB | On Tuesday, October 10th Mark Smith and Ellis Ramsey were assigned Counseling to work together. A disagreement started on a job site while attempting to perform a dye test at a customers home. The customer was not present when the situation arose. The disagreement then escalated in the vehicle after leaving the site. A call was made to the Senior Engineering Technician in our group. Mark and Ellis were yelling at each other during the phone call so he instructed them to pull over to separate themselves. The SET drove to the location to pick up Mark and Ellis continued to drive the vehicle back to the building. They were interviewed individually by management and a union representative.<br><br>Mark is receiving this counseling due to his actions during the altercation. | | 10/10/2023 | 0.00 M | BLACK | | D1 |
| 4508000 | 15622 | Ellis,Michael J | 8/31/2022 FGB | Alleged violation of Admin Reg 55 - Workplace Behavior Policy/Unprofessionalism. The complaint filed on 7/29/2022 addressed a concern related to the workplace behavior exhibited by Mike Ellis. Mr. Ellis arguing loudly with and slamming the window shut in Mr. Ms. Stinson's face. The administrative regulation prohibits employees from engaging in unprofessional behavior including yelling. The statement signed by witnesses along with the surveillance video illustrate that both parties engaged in unprofessional behavior and disrupted a respectful work environment. Mike Ellis did attempt to close the window in Ms. Stinson's face. Ms. Stinson physically attempted to open the window after he closed it. This charge is substantiated for both parties. Mr. Ellis has no previous discipline. This will be carried as a written reprimand in accordance with the progressive disciplinary matrix. | Written reprimand; Previous discipline-none | 8/31/2022 | 0.00 M | AMIND | COD | DOC |
| 4508000 | 17831 | Stinson,Livia A | 8/30/2022 FGB | Alleged violation of Administrative Regulation 55-Workplace Behavior Policy/Unprofessionalism. The complaint initially addressed a concern related to the workplace behavior exhibited by Mike Ellis. Mr. Ellis arguing loudly with and slamming the window shut in Ms. Stinson's face. The administrative regulation prohibits employees from engaging in unprofessional behavior including yelling. The statements given by witnesses along with the surveillance video illustrate that both parties engaged in unprofessional behavior and disrupted a respectful work environment. Mike Ellis did attempt to close the window in Ms. Stinson's face. Ms. Stinson physically attempted to open the window after he closed it. This charge is substantiated for both parties. Ms. Stinson has previous discipline. This will be carried as a written reprimand in accordance with the progressive disciplinary matrix. | Written reprimand; previous discipline-Oral reprimand | 8/30/2022 | 0.00 F | BLACK | | D1 |

CITY 15884