**INVESTIGATION MEETING FORM**



Meeting Date: January 13, 2023

Present: Kelsey Braido, Lauren Creditt Mai, Falencia Frazier, Jerrell Brown, Matt Alter

Re: Investigation into alleged sexual assault of R. Bryant by D. Brown

## INTRODUCTION

Say:

- The purpose of this meeting is to investigate an alleged sexual assault by FF Damonte Brown. You are not the focus of this investigation.
- I will be asking questions today that are focused on gathering the facts. You are expected to be truthful at all times. Any dishonesty will result in discipline.
- I will be asking many questions. If you do not understand the question, please ask for clarification.
- All individuals who participate in this investigation are protected from retaliation. Do you understand what this means? Any employee that attempts to retaliate due to the complaint, allegations, or investigation will be disciplined. Do you understand?
- You are required to answer the questions asked. If you do not, you may be disciplined. (IF EMPLOYEE HAS REPRESENTATION) The Union representatives may advise you of your rights during this meeting, but may not tell you how to answer a question.
- Do you understand?
- Read Garrity Rights

## QUESTIONING

- Please state your name and dept. for the record. *Fire Dept*
- What is your position at CFD? *FAO*
- How long have you been with the department? *2014*
- Can you describe your relationship with FF Rebecca Bryant? *Friends known for a couple yrs*
- Can you describe your relationship with FF Damonte Brown? *Friends Families hangs out*
- Do you recall any communication with FF Bryant that you had regarding FF Damonte Brown?
    - If yes-Can you tell me about that conversation?
    - If no, Do you recall a conversation with FF Bryant regarding an August 2022 assignment party for a graduating recruit class?
- What was her demeanor when she spoke to you about FF Brown? *hurt*
- Depending on information given: Did you report the alleged assault to anyone?
- Depending on information given: Have you spoken to anyone else about it?
- Has FF Bryant ever spoken to you about being sexually assaulted?
- Do you recall any communication (verbal, texts, email etc.) with FF Damonte Brown about the August 2022 assignment party?
    - If yes, can you tell me about that communication?
- Have you noticed any change in the relationship between FF Bryant and FF Brown?

## CONCLUSION OF MEETING

Ask:

- Is there anything else you think we should know?



DEPOSITION
EXHIBIT
*Braido 5*
*11-25-25 CW*

- Is there anyone with whom you think we should speak?

Say:

- You are not to speak about this investigation with other City employees, besides your representatives or the assigned investigators.
- If you think of anything else we should know, please contact me or have your union representative(s) contact me.

Ask:

- Do you have anything else you would like to say?
- Any questions?

*Thank you for your time.*

City of Cincinnati, OH

CITY 21326
Page 112 of 476