

**INVESTIGATION MEETING FORM**

city of
**CINCINNATI** C

Meeting Date: January 27, 2023  *January 31, 2023*
*10 Am*

Present: Kelsey Braido, Lauren Creditt Mai, Falencia Frazier, Damonte Brown

Re: Investigation into alleged sexual assault of R. Bryant by D. Brown

## INTRODUCTION

Say:

- The purpose of this meeting is to investigate an alleged sexual assault.
- I will be asking questions today that are focused on gathering the facts. You are expected to be truthful at all times. Any dishonesty will result in discipline.
- I will be asking many questions. If you do not understand the question, please ask for clarification.
- All individuals who participate in this investigation are protected from retaliation. Do you understand what this means? Any employee that attempts to retaliate due to the complaint, allegations, or investigation will be disciplined. Do you understand?
- You are required to answer the questions asked. If you do not, you may be disciplined. (IF EMPLOYEE HAS REPRESENTATION) The Union representatives may advise you of your rights during this meeting, but may not tell you how to answer a question.
- Do you understand?
- Read Garrity Rights



DEPOSITION
EXHIBIT
*Braido 6*
*11-25-25 cW*

## QUESTIONING

- Please state your name and dept. for the record.
- What is your position at CFD?
- How long have you been with the department? *7 yrs*
- Can you describe your relationship with FF Rebecca Bryant?
    - How long have you known her? *3 yrs*
    - Did you ever work together at the same firehouse? *Yes*
    - Did you ever socialize with FF Bryant outside of the firehouse? *@ local bar / group text with firefighters*
    - Has your relationship ever been sexual in nature? *No*
- Did you attend the assignment party that took place on or around August 3, 2022? *yes*
- Can you take me through that night? *Met some of his classmate @ the Denikery 7³⁰/8⁰⁰*
- Did you interact or speak to FF Bryant during the party? *Yes*
    - If yes-Can you tell me about the interactions? *Spoke to her outside with a couple other firefighter present*
- When did you leave the party? *about 930 pm*
- Did you leave with anyone? *W/ Rebeca to get Pizza Good Fellas*
- Where did you go after leaving the party? *Rebecca & Brown went to another bar around the Corner left*
    - Is there anyone that could corroborate this?
- Did you stop at any other places after leaving the party? *around closing time*
    - Any restaurants?
    - Any other bars?
- How did you get home from the party? *DRove*
- Where was your car located at? How did you get to it? *Bryant took him to his car*
- Did you enter FF Bryan'ts car at any point that night? *Yes*
- Have you ever had any intimate contact with FF Bryant? *No [sex] Con Sentional*

*iNTRO by Kelvin Woods*

CITY 21327

City of Cincinnati, OH

- o Kissing? Touching?
- Have you ever tried to initiate intimate contact with FF Bryant?
- Any idea why FF Bryant would file a complaint alleging you sexually assaulted her?
- Do you recall any communication (verbal, texts, email etc.) with FF Jerrell Brown about the August 2022 assignment party? *Denies any Contact w/ FAo Brown*
  - o If yes, can you tell me about that communication?

## CONCLUSION OF MEETING

Ask:

- Is there anything else you think we should know?
- Is there anyone with whom you think we should speak?

Say:

- You are not to speak about this investigation with other City employees, besides your representatives or the assigned investigators.
- If you think of anything else we should know, please contact me or have your union representative(s) contact me.

Ask:

- Do you have anything else you would like to say?
- Any questions?

*Thank you for your time.*

he did drink a couple seltzer 2 to 3 drinks over a spane of 4 to 5 hrs

No dancing @ the Drinkery

- you brought her a drink — She was w/ him up at the bar
- who suggested the pizza - unknown
- who suggested the bar - unknown
- Did you ask ~~who~~ to take you to your car
    Bryant offered the ride

    Carl Lewis

City of Cincinnati, OH

## Interview Form 648I



**city of CINCINNATI**
EMERGENCY COMMUNICATIONS CENTER

- Is there anything else you think we should know?
- Do you have any questions?
- This concludes the interview. No disciplinary action is being taken at this time, but you will be notified if that occurs.
- *Note to Interviewer:* If applicable, warn the interviewee not to discuss the investigation with their peers or other involved parties. All persons/topics discussed during the interview are to remain confidential. Should the interviewee have any questions afterwards or need to discuss the interview later, they should reach out to their union and/or the interviewer(s).

### H. Wright Incident

-Do you recall the phone conversation you had with Harold Wright on December 8, 2018 regarding your job offer to work for the Cincinnati Fire Department? Can you tell us about that?
-Amount of alcohol-Said it was only one tequila shot shortly after you arrived? *Quite a few shots*
-Played pool-Who suggested you play pool? He stated that he suggested you play for a dollar and that you suggested you play for clothes? *Never money mentioned Clothes @ least 3tx by Lt. Wright*
-Did he remove any any of his clothes during the game? Did he assist you in removing any of yours?
-Do you recall if you ended up naked or in your undergarments?
-He stated you then both sat on the couch (did not get dressed) and that you stated to him [RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO]
-Mutually started kissing and then had sex[RAPE/SEXUA]?
-Stay the night? Slept together [RAPE/SEXUAL INFO]? *didn't stay the night*
-Stated you said in the morning [RAPE/SEXUAL INFO] and that you had sex again in the morning?
-Conversation between he and Keisha-He said that following him telling Keisha you had come over to play pool and take a shot, you called him and cursed him out? Can you tell us about the conversation?

*Lt. Wright removed shirt & socks*
[RAPE/SEXUAL INFO] *Lt. Wright to·*

### -D. Brown incident

-In his interview, Damonte said that after you left the last bar, the two of you walked to your car and that you turned on your car and played music and the two of you danced in the the lot. Can you confirm whether this happened?
-He said that after you stopped dancing, you got into the drivers seat and he got into the passenger seat and you drove him to his car. After you arrived in his lot, you began talking and that he initiated a kiss and you kissed him back and the two of you kissed for a little bit. Can you confirm whether this did or did not happen?
-He said he then hopped in the backseat by jumping over the middle console and you both laughed about him doing so and you joked about how he got back there?
-He stated that following that, he put his hand on your hip and indicated you should come into the backseat and that you jumped into the back seat unassisted and came onto his lap
-He stated he then began kissing [RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO] both of you laughed
-He stated that while you were kissing in the backseat, he pulled his pants and underwear around his ankles but did not remove them
-Stated while he was kissing you in the backseat, he pulled down your shorts [RAPE/SEXUAL INFO]
-Said that during the encounter you both were laughing and joking

City of Cincinnati, OH

CITY 21332
Page 118 of 476

Questions:

## Wright

Prior to the conversation you had with Lt. Wright about the celebratory drink, was there any other conversations with him, text/phone and was it of a personal or work-related nature?

> If so, what was that conversation about? At any point did you feel the conversation was inappropriate

> Did you get the impression that Lt. Wright was physically attracted to you from your conversation or otherwise?

Why did you continue talking to Lt. Wright on a personal level after the assault happened.

Had you been to Lt. Wright's house prior to December 8, 2018?

In a text dated December 8, you state, "I'm clearly not that good because y'all beat us that one time I went over there", who is y'all and where are you referring to?

Feb 6, 2019 when you agreed to have dinner with Lt. Wright, did you guys go?

Did you delete any text messages?

There are long periods of time where there was no text between the two of you, where you communicating any other way, i.e. the phone?

 You stated in your interview Lt. Wright hid you clothes, did you ask for your clothes? Where you trying to leave?

When you sat on the couch were you only one naked? When did he start to take off his clothes, and what were you doing when he started taking his clothes off?

What was the conversation that prompted him to take his clothes off?



## D. Brown

You mentioned in your interview every time you go to the Drinkery you have to get GoodFellas pizza, How did you and FF Brown both end up at GoodFellas pizza together?

> Did you see FF Brown drinking while in the Drinkery?

> How long were you in GoodFellas?

CITY 21333

Did you have drink in GoodFellas? If so, how many?

Did FF Brown drink while in Goodfellas?

From GoodFellas you went to another bar, who suggested the bar and why?

Did either of you drink at that bar? How many?

How did FF Brown end up at your car?

Prior to being in the car did FF Brown show you any indication that he was physically attracted to you?

In your opinion, at any point did FF Brown show any signs of being intoxicated.