## INVESTIGATION MEETING FORM

**city of CINCINNATI**

Meeting Date:  March 3, 2023

Present: Kelsey Braido, Lauren Creditt Mai, Falencia Frazier, Harold Wright

Re:  Investigation into alleged sexual assault of R. Bryant by H. Wright

### INTRODUCTION

Say:

- The purpose of this meeting is to investigate an alleged sexual assault.
- I will be asking questions today that are focused on gathering the facts.  You are expected to be truthful at all times.  Any dishonesty will result in discipline.
- I will be asking many questions.  If you do not understand the question, please ask for clarification.
- All individuals who participate in this investigation are protected from retaliation.  Do you understand what this means?  Any employee that attempts to retaliate due to the complaint, allegations, or investigation will be disciplined. Do you understand?
- You are required to answer the questions asked.  If you do not, you may be disciplined.  (IF EMPLOYEE HAS REPRESENTATION) The Union representatives may advise you of your rights during this meeting, but may not tell you how to answer a question.
- Do you understand?
- Read Garrity Rights

### QUESTIONING

- How long have you been with the Cincinnati Fire Department?
    - What is your current role?
    - What role were you in in 2018?
    - How long were you in that role?
- Who is the female firefighter who introduced you to FF Bryant? *Keisha recruited Bryant*
- Was she considering applying to CFD prior to your encouragement?
- After you talked to Bryant at the agility test and she indicated she didn't think she was going to accept the job, how did you stay in contact with her? (text, in person meetings, phone calls, etc.?) *Texting*
    - When was the agility test?
    - How did you get her contact information? Did she give you her number or did you give her yours?
    - Who initiated the contact?
- During the course of the recruitment/application process, did you stay in contact with FF Bryant?
    - Is this typical of all recruits?
    - Do you engage in similar contact with all fire recruits? (Do you provide your cell phone number? Text with them?)

{00379714-1}

City of Cincinnati, OH

DEPOSITION
EXHIBIT
*Braido 7*
*11-25-95*

CITY 21351

City of Cincinnati, OH

CITY 21352
Page 138 of 476

- What happened with the polygraph? *in conclusion / Fail all the same*
  - o Did you advocate for Bryant?
  - o What does it mean for a polygraph to be inconclusive? *Poly is one of the last steps*
  - o Were you in contact with Bryant about the polygraph results? *the physical last step EHS*
  - o If you had not made the recommendation to AC Breitfelder that he should consider FF Bryant, do you think she would have been hired?
- You mentioned in your Chief's report that you contacted AC Breitfelder and informed him that he should consider FF Bryant for hire after showing deception on the polygraph. Did you ever inform FF Bryant that this occurred?
  - o Yes-What was that communication to her? In person, in text, both?
  - o No-Was there any conversation between you and FF Bryant about you recommending her for hire?
    - Do you recall a text communication from FF Bryant from January 12, 2019 where she told you she appreciated you helping her get into the fire recruit class by speaking up for what was right in a room full of people? Any idea what would have prompted that text or where FF Bryant would have gotten that impression?
- [We need a timeline of the hiring process/communication. "Sometime later after firefighter Bryant accepted the position...the subject of a celebratory shot came up."]
  - o When did this happen?
  - o Was the hiring process complete?
  - o Had Bryant started working for the Fire Department?
- Who proposed the idea of a celebratory shot?
  - o How did this conversation take place? Via text? In person?
  - o Did you stay in contact after she accepted the position?
- Do you recall sending a text message to FF Bryant on December 8, 2018 stating "What happen to my margarita?"
  - o What was your intent when sending that text?
- "[She] asked did I have I believe tequila at home. At this time I'm not concerned about her coming over because I was under the impression she was a gay female."
  - o If you were not under the impression that she was a gay female, would you still have invited her to your house?
  - o Did you have any expectation that the encounter would be romantic or sexual in nature?
- Can you take us through the night of December 8, 2018?
- You said in your report that you and FF Bryant took a shot prior to playing pool. Was there any additional shots or alcohol consumed during the evening?
- Alcohol consumption:
  - o What were you drinking?
  - o How much were you drinking?
  - o What size were the drinks?
  - o What period of time?
  - o Did you feel intoxicated?

*Stayed in the basement*
*One shot of tequila*

{00379714-1}

City of Cincinnati, OH

Wright didn't remove any clothing

- o  Did FF Bryant give any signs that she was intoxicated?
- You indicated that Bryant proposed the idea to play pool for clothing, correct?
  - o  Who removed the first piece of clothing?
  - o  What clothing did FF Bryant remove?
  - o  Did you remove any clothing?  NO
  - o  Did you assist FF Bryant in removing any of her clothing?
  - o  "She was in her undergarments." Bra and underwear?
  - o  "She said never and proceeded to remove her undergarments."
    - ▪  She removed her own clothing?
    - ▪  Where did this take place?  at  kissing
    - ▪  Did you assist her in removing her undergarments?
    - ▪  At this point, had you engaged in any type of intimate contact? Kissing? Touching? Anything else?  [FMLA]
- Sexual activity
  - o  After Bryant removed her underwear, who initiated the sexual activity?
  - o  Did you remove your own clothing?
  - o  You've indicated that this sexual encounter was consensual – what words or actions lead you to believe that Bryant consented?
  - o  At any point did Bryant tell you to stop?
  - o  At any point did Bryant try to physically stop you?
  - o  At any point did she tell you no or express that she was not comfortable?
- "We engaged in sexual activity and afterwards she said she as a little tipsy. I said you can spend the night."
  - o  Approximately what time was this?
  - o  Did Bryant appear tipsy?  No
  - o  At any point prior to that statement, did you think that FF Bryant was drunk? Did she ever say she felt tipsy previously?
  - o  Could she drive home?
  - o  Where did she sleep? Where did you sleep?  on the floor
- "We woke up the next morning and she stated  [FMLA]  and we engaged in sexual activity again."
  - o  Who initiated this sexual activity?
  - o  What did the sexual activity consist of?
    - ▪  Touching? Oral sex? Digital penetration? Vaginal intercourse?
    - ▪  Who initiated what?
  - o  What words or actions lead you to believe that this was a consensual encounter?
- Was FF Bryant in the pre-hire process during the month of December 2018?
  - o  Had she received a final offer of employment prior to December 8, 2018?
  - o  Do you recall when she started as a Fire Recruit?
- After Bryant left, did you stay in communication with her? What type of communication?  No offer letter
  - o  Did you ever invite her out again?  Yes
  - o  Did you see each other socially?  Yes
  - o  Did you see each other at work?  Yes
- When did Bryant call and curse you out?  Yes

*Complaint Aug 22 to Dec 18 Alledged celligation*

*help out with the agility text*

- o What did Bryant say to you? *No Billed Dec. 15, 22 Dec. 19, 2023*
- o Did Bryant text you about the incident in addition to the phone call?
- "From that point on there was no contact for years until I contacted her to wok OT in which she replied with a long text expressing her thoughts which was shocking to me."
    - o Confirm that there was no contact?
    - o What were the thoughts that Bryant expressed to you?
    - o Why were they shocking?
    - o Did you respond to the message?
        - Why or why not?
    - o Was this the first time that Bryant expressed to you that the encounter was non-consensual?
        - Did she ever say anything like that to you previously or after?
- Criminal case?
    - o What happened with the criminal case and police investigation?

Text messages:

- Show him the texts and ask him if they are a true and accurate representation of their communication?
- Ask if he has copies of the messages on his phone?
- If his earlier statements contradict the content of the text message, ask him why there are text messages showing that they were in communication during the recruit process when he told us he was not? Etc.
    - o Do you recall texting FF Bryant on January 16 stating "I didn't want you to see me in the way you did." What did you mean by that?
    - o Did you and FF Bryant meet at Cancun on January 16, 2019? Can you tell me about what occurred?
    - o Bryant was in contact with him during the physical (there is a text message where he references having seen her chest)
    - o Bryant sent at least 2 messages confronting him
- Did you ever get the impression that FF Bryant did not want to engage in conversation with you during any of those exchanges?
- .Any idea why FF Bryant would file a complaint alleging you sexually assaulted her?
- Have you had any contact with FF Bryant since that text message in April 2021?
- Have you had any other prospective fire recuirts over to your home?
    - o No-Why did you decide to invite FF Bryant over to your home for drinks?
- Have you engaged in sexual activity with any other prospective fire recruits?

CONCLUSION OF MEETING

Ask:

- Is there anything else you think we should know?
- Is there anyone with whom you think we should speak?

Say:

{00379714-1}

City of Cincinnati, OH

City of Cincinnati, OH

- You are not to speak about this investigation with other City employees, besides your representatives or the assigned investigators.
- If you think of anything else we should know, please contact me or have your union representative(s) contact me.

Ask:

- Do you have anything else you would like to say?
- Any questions?

*Thank you for your time.*

FMLA

*Questions for Lt. Wright:*

- Who is the female firefighter who introduced you to FF Bryant?
- Was she considering applying to CFD prior to your encouragement?
- After you talked to Bryant at the agility test and she indicated she didn't think she was going to accept the job, how did you stay in contact with her? (text, in person meetings, phone calls, etc.?)
    - When was the agility test?
    - How did you get her contact information? Did she give you her number or did you give her yours?
    - Who initiated the contact?
- During the course of the recruitment/application process, did you stay in contact with FF Bryant?
    - Is this typical of all recruits?
    - Do you engage in similar contact with all fire recruits? (Do you provide your cell phone number? Text with them?)
- What happened with the polygraph?
    - Did you advocate for Bryant?
    - What does it mean for a polygraph to be inconclusive?
    - Were you in contact with Bryant about the polygraph results?
    - If you had not made the recommendation to AC Breitfelder that he should consider FF Bryant, do you think she would have been hired?
- **[We need a timeline of the hiring process/communication. "Sometime later after firefighter Bryant accepted the position...the subject of a celebratory shot came up."]**
    - When did this happen?
    - Was the hiring process complete?
    - Had Bryant started working for the Fire Department?
- Who proposed the idea of a celebratory shot?
    - How did this conversation take place? Via text? In person?
    - Did you stay in contact after she accepted the position?
- "[She] asked did I have I believe tequila at home. At this time I'm not concerned about her coming over because I was under the impression she was a gay female."
    - If you were not under the impression that she was a gay female, would you still have invited her to your house?
    - Did you have any expectation that the encounter would be romantic or sexual in nature?
- Alcohol consumption:
    - What were you drinking?
    - How much were you drinking?
    - What size were the drinks?
    - What period of time?
    - Did you feel intoxicated?
    - Did FF Bryant give any signs that she was intoxicated?
- You indicated that Bryant proposed the idea to play pool for clothing, correct?

{00379714-1}

City of Cincinnati, OH

- o Who removed the first piece of clothing?
- o What clothing did FF Bryant remove?
- o Did you remove any clothing?
- o Did you assist FF Bryant in removing any of her clothing?
- o "She was in her undergarments." Bra and underwear?
- o "She said never and proceeded to remove her undergarments."
  - ▪ She removed her own clothing?
  - ▪ Where did this take place?
  - ▪ Did you assist her in removing her undergarments?
  - ▪ At this point, had you engaged in any type of intimate contact? Kissing? Touching? Anything else?
- Sexual activity
  - o After Bryant removed her underwear, who initiated the sexual activity?
  - o Did you remove your own clothing?
  - o You've indicated that this sexual encounter was consensual – what words or actions lead you to believe that Bryant consented?
  - o At any point did Bryant tell you to stop?
  - o At any point did Bryant try to physically stop you?
- "We engaged in sexual activity and afterwards she said she as a little tipsy. I said you can spend the night."
  - o Approximately what time was this?
  - o Did Bryant appear tipsy?
  - o Could she drive home?
  - o Where did she sleep? Where did you sleep?
- "We woke up the next morning and she stated ████ FMLA ████ and we engaged in sexual activity again."
  - o Who initiated this sexual activity?
  - o What did the sexual activity consist of?
    - ▪ Touching? Oral sex? Digital penetration? Vaginal intercourse?
    - ▪ Who initiated what?
  - o What words or actions lead you to believe that this was a consensual encounter?
- After Bryant left, did you stay in communication with her?
  - o Did you ever invite her out again?
  - o Did you see each other socially?
  - o Did you see each other at work?
- When did Bryant call and curse you out?
  - o What did Bryant say to you?
- "From that point on there was no contact for years until I contacted her to wok OT in which she replied with a long text expressing her thoughts which was shocking to me."
  - o Confirm that there was no contact?
  - o What were the thoughts that Bryant expressed to you?
  - o Why were they shocking?
  - o Did you respond to the message?

{00379714-1}

City of Cincinnati, OH

- o Was this the first time that Bryant expressed to you that the encounter was non-consensual?
    - ▪ Did she ever say anything like that to you previously or after?
- Criminal case?
    - o What happened with the criminal case and police investigation?

Text messages:

- Show him the texts and ask him if they are a true and accurate representation of their communication?
- Ask if he has copies of the messages on his phone?
- If his earlier statements contradict the content of the text message, ask him why there are text messages showing that they were in communication during the recruit process when he told us he was not? Etc.
    - o Bryant was in contact with him during the physical (there is a text message where he references having seen her chest)
    - o Bryant sent at least 2 messages confronting him

{00379714-1}

City of Cincinnati, OH

CITY 21365
Page 151 of 476

City of Cincinnati, OH