

## INVESTIGATION MEETING FORM

Meeting Date: March 3, 2023

Present: Kelsey Braido, Lauren Creditt Mai, Falencia Frazier, Harold Wright

Re: Investigation into alleged sexual assault of R. Bryant by H. Wright

### INTRODUCTION

Say:

- The purpose of this meeting is to investigate an alleged sexual assault.
- I will be asking questions today that are focused on gathering the facts. You are expected to be truthful at all times. Any dishonesty will result in discipline.
- I will be asking many questions. If you do not understand the question, please ask for clarification.
- All individuals who participate in this investigation are protected from retaliation. Do you understand what this means? Any employee that attempts to retaliate due to the complaint, allegations, or investigation will be disciplined. Do you understand?
- You are required to answer the questions asked. If you do not, you may be disciplined. (IF EMPLOYEE HAS REPRESENTATION) The Union representatives may advise you of your rights during this meeting, but may not tell you how to answer a question.
- Do you understand?
- Read Garrity Rights

### QUESTIONING

- Please state your name and dept. for the record.
- What is your position at CFD?
- How long have you been with the department?
- Can you describe your relationship with FF Rebecca Bryant?
  - How long have you known her? Where did you initially meet?
  - Did you ever work together at the same firehouse?
  - Did you ever socialize with FF Bryant outside of the firehouse?
  - Have you ever texted?
- Were you involved in the recruitment or hiring process for FF Bryant? If so, can you describe your role?
- You mentioned in your Chief's report that you contacted AC Breitfelder and informed him that he should consider FF Bryant for hire after showing deception on the polygraph. Did you ever inform FF Bryant that this occurred?
  - Yes-What was that communication to her? In person, in text, both?
  - No-Was there any conversation between you and FF Bryant about you recommending her for hire?
    - Do you recall a text communication from FF Bryant from January 12, 2019 where she told you she appreciated you helping her get into the fire recruit class by speaking up for what was right in a room full of people? Any idea what would have prompted that text or where FF Bryant would have gotten that impression?
- Do you recall sending a text message to FF Bryant on December 8, 2018 stating "What happen to my margarita?"



DEPOSITION EXHIBIT
Braido 8
11-25-25 aw
PENGAD 800-631-6989

City of Cincinnati, OH

- o What was your intent when sending that text?
- Did FF Bryant ever come to you residence? Do you recall the date?
  - o Do you remember her coming to your home on December 8, 2018?
- Can you take us through that night?
- You stated in your Chief's report that you were sitting on the couch with FF Bryant and you proceeded to remove her undergarments. What was FF Bryant's reaction when that occurred?
- You stated in your report that you and FF Bryant engaged in sexual activity. What type of sexual activity did you engage in?
  - o Did you have sex?
  - o Oral sex?
- You said in your report that you and FF Bryant took a shot prior to playing pool. Was there any additional shots or alcohol consumed during the evening?
  - o In your report, you mentione that after you engaged in sexual activity that FF Bryant stated she was a little tipsy. At any point prior to that statement, did you think that FF Bryant was drunk? Did she ever say she felt tipsy previously?
- Did FF Bryant spend the night at your home?
  - o Where did she sleep?
- How many times did you and FF Bryant engage in sexual activity?
  - o Did you have sex following her spending the night?
- At any point in time, did FF Bryant consent to the sexual activity?
  - o Did she ever say no?
  - o Did she ever tell you to stop?
  - o Did she ever try to push you off of her?
  - o Did she ever express that she was not comfortable?
- Did you and FF Bryant have any additional intimate contact after December 9th?
- Did you and FF Bryant have any communication following December 9?
  - o . What type of communication-text, phone? Can you tell us about those . communications?
- Do you recall sending FF Bryant a text on or around December 9 stating "maybe we should've passed out together" with a winking emoji? What was the intent of that text? What was FF Bryant's response?
- Did you ever ask FF Bryant to hang out again?
  - o Did you and FF Bryant see each other outside of work at all following the December 9 hang out at your house?
- Was FF Bryant in the pre-hire process during the month of December 2018?
  - o Had she received a final offer of employment prior to December 8, 2018?
  - o Do you recall when she started as a Fire Recruit?
- You stated in your Chief's report that several weeks after the December 8 incident that you ran into a female FF that FF Bryant had previously dated and told her Rebecca had come over for a shot and played pool. You wrote that following that conversation FF Bryant called and cursed you out and stated you tarnished her name and not to contact her again. Did you have any additional conversation outside that phone call about this incident?
  - o Did FF Bryant text you about the incident?
- You stated in the report that following that phone call with FF Bryant there was no contact for years. Do you recall exchanging any text messages with FF Bryant after that conversation?
  - o Did you text her on Christmas Eve of 2018 asking what she was up to?
    - ▪ Can you tell me about that conversation?
  - o Text on Christmas Day asking what she was doing about 9:40?

City of Cincinnati, OH

- Can you tell me about that conversation?
    - o Text on December 30 asking what are you up to?
        - Can you tell me about that conversation?
    - o Text on December 30 asking Netflix and Chill?
        - Can you tell me about that conversation?
    - o Text on January 1 saying Happy New Year
        - Can you tell me about that conversation?
    - o Text on January 2 asking What are you Up to and saying meet me afterwards?
        - Can you tell me about that conversation?
    - o Text on January 3 stating don't make plans for later and stating just want chat it up for a min?
        - Can you tell me about that conversation?
    - o Text on January 9 asking what are you up to?
        - Can you tell me about that conversation?
    - o Text on January 11 asking you free today for a little bowling?
        - Can you tell me about that conversation?
    - o Text on January 12 saying I don't know what I did but I've been trying to find out
        - What was her response?
        - Do you recall her responding that she can't come back from certain lines being crossed? Any idea what she meant by that?
    - o Text on January 14 asking hey what you up to?
        - Can you tell me about that conversation?
    - o Text on January 16 asking Is today a good day?
        - Can you tell me about that conversation?
    - o Did you and FF Bryant meet at Cancun on January 16, 2019? Can you tell me about what occurred?
    - o Do you recall texting FF Bryant on January 16 stating "I didn't want you to see me in the way you did." What did you mean by that?
    - o Text on January 17 asking hey buddy how are you?
        - Can you tell me about that conversation?
    - o Text on January 19 asking Where ya at and inviting FF Bryant over to watch the fight
        - Can you tell me about that conversation?
    - o Text on January 21 asking wat up shawty?
        - Can you tell me about that conversation?
    - o Do you recall a text exchange on February 6 regarding your birthday and asking FF Bryant to dinner? Can you tell me about that conversation?
    - o Do you recall texting FF Bryant at various times in February, March, May, June, August, September, and December 2019? Was FF Bryant responsive throughout that time?
- Did you ever get the impression that FF Bryant did not want to engage in conversation with you during any of those exchanges?
- You wrote in your Chief's report that from the point of your exchange regarding tarnishing her name that there ws no contact between you and FF Bryant until you contacted her to ask if she wanted to work OT? When did you contact her about OT? (April 22, 2021)
    - o What was her response to that contact?
        - Did she respond that you made it seem as if you're the only reason she got the job because you spoke up in a room full of white guys?
        - Did she say that you forcing yourself on her is not her falut and she thought that her chances at being a FF would be gone if she said anything?

CITY 21371

City of Cincinnati, OH

- ▪ Did she say that she physically tried to push you off of her on top of already saying no and stop?
  - o Had she ever mentioned any of that information to you previously?
  - o Did you respond to her text expressing her thoughts?
    - ▪ Why or why not?
- Any idea why FF Bryant would file a complaint alleging you sexually assaulted her?
- Have you had any contact with FF Bryant since that text message in April 2021?
- Have you had any other prospective fire recurits over to your home?
  - o No-Why did you decide to invite FF Bryant over to your home for drinks?
- Have you engaged in sexual activity with any other prospective fire recruits?

## CONCLUSION OF MEETING

Ask:

- Is there anything else you think we should know?
- Is there anyone with whom you think we should speak?

Say:

- You are not to speak about this investigation with other City employees, besides your representatives or the assigned investigators.
- If you think of anything else we should know, please contact me or have your union representative(s) contact me.

Ask:

- Do you have anything else you would like to say?
- Any questions?

*Thank you for your time.*

## Interview
## Form 648I



**city of**
**CINCINNATI**
EMERGENCY
COMMUNICATIONS CENTER

- Is there anything else you think we should know?
- Do you have any questions?
- This concludes the interview. No disciplinary action is being taken at this time, but you will be notified if that occurs.
- *Note to Interviewer:* If applicable, warn the interviewee not to discuss the investigation with their peers or other involved parties. All persons/topics discussed during the interview are to remain confidential. Should the interviewee have any questions afterwards or need to discuss the interview later, they should reach out to their union and/or the interviewer(s).

**H. Wright Incident**

-Do you recall the phone conversation you had with Harold Wright on December 8, 2018 regarding your job offer to work for the Cincinnati Fire Department? Can you tell us about that?

-Amount of alcohol-Said it was only one tequila shot shortly after you arrived? *Quite a few shots*

-Played pool-Who suggested you play pool? He stated that he suggested you play for a dollar and that you suggested you play for clothes? *Never money mentioned   Clothes @ least 3tx by Lt. Wright*

-Did he remove any any of his clothes during the game? Did he assist you in removing any of yours?

-Do you recall if you ended up naked or in your undergarments?

-He stated you then both sat on the couch (did not get dressed) and that you stated to him [RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO]

-Mutually started kissing and then had sex [RAPE/SEXUAL INFO]?

-Stay the night? Slept together [RAPE/SEXUAL INFO]?  *didn't stay the night*

-Stated you said in the morning [RAPE/SEXUAL INFO] and that you had sex again in the morning?

-Conversation between he and Keisha-He said that following him telling Keisha you had come over to play pool and take a shot, you called him and cursed him out? Can you tell us about the conversation?

*Lt. Wright removed shirt & socks*
[RAPE/SEXUAL INFO]           *Lt. Wright to·*

**-D. Brown incident**

-In his interview, Damonte said that after you left the last bar, the two of you walked to your car and that you turned on your car and played music and the two of you danced in the the lot. Can you confirm whether this happened?

-He said that after you stopped dancing, you got into the drivers seat and he got into the passenger seat and you drove him to his car. After you arrived in his lot, you began talking and that he initiated a kiss and you kissed him back and the two of you kissed for a little bit. Can you confirm whether this did or did not happen?

-He said he then hopped in the backseat by jumping over the middle console and you both laughed about him doing so and you joked about how he got back there?

-He stated that following that, he put his hand on your hip and indicated you should come into the backseat and that you jumped into the back seat unassisted and came onto his lap

-He stated he then began kissing [RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO]
[RAPE/SEXUAL INFO] and both of you laughed

-He stated that while you were kissing in the backseat, he pulled his pants and underwear around his ankles but did not remove them

-Stated while he was kissing you in the backseat, he pulled down your shorts [RAPE/SEXUAL INFO]

-Said that during the encounter you both were laughing and joking

CITM 21232520)

CITY 21376
Page 162 of 476

Questions:

## Wright

Prior to the conversation you had with Lt. Wright about the celebratory drink, was there any other conversations with him, text/phone and was it of a personal or work-related nature?

> If so, what was that conversation about? At any point did you feel the conversation was inappropriate

> Did you get the impression that Lt. Wright was physically attracted to you from your conversation or otherwise?

Why did you continue talking to Lt. Wright on a personal level after the assault happened.

Had you been to Lt. Wright's house prior to December 8, 2018?

In a text dated December 8, you state, "I'm clearly not that good because y'all beat us that one time I went over there", who is y'all and where are you referring to?

Feb 6, 2019 when you agreed to have dinner with Lt. Wright, did you guys go?

Did you delete any text messages?

There are long periods of time where there was no text between the two of you, where you communicating any other way, i.e. the phone?

 You stated in your interview Lt. Wright hid you clothes, did you ask for your clothes?  Where you trying to leave?

When you sat on the couch were you only one naked?  When did he start to take off his clothes, and what were you doing when he started taking his clothes off?

What was the conversation that prompted him to take his clothes off?



## D. Brown

You mentioned in your interview every time you go to the Drinkery you have to get GoodFellas pizza, How did you and FF Brown both end up at GoodFellas pizza together?

> Did you see FF Brown drinking while in the Drinkery?

> How long were you in GoodFellas?

Did you have drink in GoodFellas? If so, how many?

Did FF Brown drink while in Goodfellas?

From GoodFellas you went to another bar, who suggested the bar and why?

Did either of you drink at that bar? How many?

How did FF Brown end up at your car?

Prior to being in the car did FF Brown show you any indication that he was physically attracted to you?

In your opinion, at any point did FF Brown show any signs of being intoxicated.