# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Madhu Singh
Charlie Winburn



Angela Phelps-White,

Executive Director

| | |
|---|---|
| **Charging Party:** | ) |
| | ) |
| **Rebecca Bryant** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Respondent:** | ) |
| | ) |
| **City of Cincinnati Fire Department** | ) |
| | ) |

**Charge No. DAY76(31671)06072023
22A-2023-04311C**

---

## NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

### FOR THE COMMISSION

Monica Moore
Dayton Regional Director
3055 Kettering Blvd., Suite 111
Dayton, OH 45439
(937) 285-6500

Date mailed: January 11, 2023

**EXHIBIT**

tabbies

9